# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

AMANDA COTTON                                                    PLAINTIFF

v.                      No. 4:17CV00456 JLH

M-TECH INTERNATIONAL, INC.,
d/b/a CAT2, INC.                                                  DEFENDANT

## ORDER

       The parties have filed a joint motion to approve settlement agreement and have submitted the settlement agreement *in camera* for the Court to review. Having reviewed the settlement agreement, the Court finds that it is fair and reasonable, that it appears to have been the result of an arms' length negotiation in which Amanda Cotton was represented by competent counsel, and that it represents adequate compensation to Cotton in light of the potential risks of litigation. The joint motion to approve settlement is therefore GRANTED. Document #14. This action is hereby dismissed with prejudice.

       IT IS SO ORDERED this 23rd day of May, 2018.

                                               _____
                                              J. LEON HOLMES
                                              UNITED STATES DISTRICT JUDGE